UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TINKS AUTO, LLC, a New Jersey Limi

*Plaintiff*

v.

CROSSAMERICA PARTNERS, LP, CR

*Defendant*

Civil Action No. 3:20-cv-00337

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____ Tinks Auto, LLC _____,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or
more of this party's stock, are listed here:

_____

_____

_____

## OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation
that owns 10% or more of this party's stock.

_____
Signature of Attorney
Kevin M. Kilcommins, Esq.

99 Gray Rock Rd., Suite 101
Address

Clinton, NJ 08809
City/State/Zip

01/14/2020
Date

DNJ-CMECF-005 (10/2018)